WHETHER, IN LIGHT OF *UNITED STATES v. FOSLER* AND *UNITED STATES v. BALLAN*, SPECIFICATION 2 OF CHARGE II FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT ALLEGE ANY OF THE THREE TERMINAL CLAUSES UNDER ARTICLE 134.

No briefs will be filed under Rule 25.

No. 12–0418/AF. U.S. v. Andrew P. Halpin. CCA S31805. Review granted on the following issues:

    I. WHETHER TRIAL COUNSEL'S IMPROPER SENTENCING ARGUMENT AMOUNTED TO PROSECUTORIAL MISCONDUCT.

    II. WHETHER THE MILITARY JUDGE PREJUDICIALLY ERRED WHEN HE FAILED TO STOP TRIAL COUNSEL'S IMPROPER SENTENCING ARGUMENT OR ISSUE A CURATIVE INSTRUCTION.

    III. WHETHER TRIAL DEFENSE COUNSEL RENDERED INEFFECTIVE ASSISTANCE WHEN HE FAILED TO OBJECT TO TRIAL COUNSEL'S IMPROPER SENTENCING ARGUMENT.

Briefs will be filed under Rule 25.

No. 12–0149/AR. U.S. v. Christopher L. Stadel. CCA 20090820.

On further consideration of the granted issue, 71 M.J. 321 (C.A.A.F. 2012) (order granting review), and in light of *United States v. Ignacio*, 71 M.J. 125 (C.A.A.F. 2012), and *United States v. Medina*, 69 M.J. 462 (C.A.A.F. 2011), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 11–0400/AR. U.S. v. Michael T. McNaughton. CCA 20090596. Review granted on the following issue:

WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ, IN SPECIFICATION 3

OF CHARGE II REQUIRES THIS COURT TO SET ASIDE THAT CHARGE.

No briefs will be filed under Rule 25.

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 12–0313/MC. U.S. v. Andrew D. Tearman. CCA 201100195. Appellee's motion to extend time to file a brief is granted, *up to and including June 6, 2012,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0510/AR. U.S. v. Anthony R. Bragg. CCA 20110132. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2012.

